MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5080
Facsimile:  (408) 535-5066
Email: bradley.price@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00268 JF |
| Plaintiff, ) | [PROPOSED] ORDER DISMISSING INFORMATION |
| v. ) | |
| MIGUEL ANGEL MIRA-HERNANDEZ, ) | |
| Defendant. ) | |

In light of the government's motion, and for the reasons stated therein, the information filed under CR No. 11-00268 JF as to defendant Miguel Angel Mira-Hernandez is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 19, 2011

_____
JEREMY FOGEL
United States District Judge

ORDER DISMISSING INFORMATION
CR 11-00268 JF